IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LESTINE BURTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-34-WKW |
| | ) [WO] |
| DOROTHY LAWHORN, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 26), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, Defendants' Motions to Dismiss (Docs. # 11 & 21) are GRANTED, and this case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 26th day of October, 2012.

                                                    /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE